IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-862 |
| | § | |
| SHEWANNA THOMAS | § | |

**O R D E R**

The defendant filed a sealed unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 43). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 4, 2014 at 9:00 a.m.**

SIGNED on March 20, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge