**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-862 |
| | § | |
| SHEWANNA THOMAS | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 48). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 18, 2015 at 9:30 a.m.**

SIGNED on November 18, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge